# **EXHIBIT A**

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Another One Bites The Dust |
| Line 3 | Writer(s) | John Deacon |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 7/3/80 |
| Line 6 | Registration No(s). | PA 73-494 |
| Line 7 | Date(s) of Infringement | 5/9/25 |
| Line 8 | Place of Infringement | Pals Watering Hole |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Family Tradition |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Howe Sound Music Publishing LLC d/b/a Cypress Park Music |
| Line 5 | Date(s) of Registration | 2/8/79 |
| Line 6 | Registration No(s). | PA 32-171 |
| Line 7 | Date(s) of Infringement | 5/9/25 |
| Line 8 | Place of Infringement | Pals Watering Hole |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Queen Of My Double Wide Trailer |
| Line 3 | Writer(s) | Dennis Linde |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 9/11/95 |
| Line 6 | Registration No(s). | PA 746-085 |
| Line 7 | Date(s) of Infringement | 5/9/25 |
| Line 8 | Place of Infringement | Pals Watering Hole |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Mambo No. 5 (A little bit of...) |
| Line 3 | Writer(s) | Lou Bega; Zippy a/k/a Christian Pletschacher; Damaso Perez Prado |
| Line 4 | Publisher Plaintiff(s) | Peer International Corporation |
| Line 5 | Date(s) of Registration | 8/23/99 |
| Line 6 | Registration No(s). | PA 968-419 |
| Line 7 | Date(s) of Infringement | 5/9/25 |
| Line 8 | Place of Infringement | Pals Watering Hole |