## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

|  |  |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; BEECHWOOD MUSIC CORPORATION; HOWE SOUND MUSIC PUBLISHING LLC d/b/a CYPRESS PARK MUSIC; EMI BLACKWOOD MUSIC INC.; PEER INTERNATIONAL CORPORATION, | CIVIL ACTION NO. <br><br> 5:26-cv-00032-TES |
| Plaintiffs, | **ORDER** |
| v. |  |
| PALS WATERING HOLE LLC d/b/a PALS WATERING HOLE and JESSICA LAMB and GINGER ADAMS, each individually, |  |
| Defendants. |  |

This matter comes before the Court on Plaintiffs' motion for default judgment. Having considered the same and the accompanying memorandum and declarations, the Court finds that Defendants knowingly and intentionally infringed upon the copyrights of four musical compositions owned and/or licensed by Plaintiffs, **GRANTS** Plaintiffs' motion, and **ORDERS** as follows:

(a) Plaintiffs shall recover from Defendants Pals Watering Hole LLC, Jessica Lamb, and Ginger Adams, jointly and severally, statutory damages in the

amount of **$4,300.00** for each of the four musical compositions, for a total of **$17,200.00** pursuant to 17 U.S.C. § 504(c)(1).

(b) Plaintiffs shall recover from Defendants Pals Watering Hole LLC, Jessica Lamb, and Ginger Adams, jointly and severally, full costs in this action, including reasonable attorneys' fees pursuant to 17 U.S.C. § 505. The Court **DIRECTS** Plaintiffs to file a separate motion regarding the same within 14 days of the entry of this Order.

(c) Plaintiffs shall recover from Defendants Pals Watering Hole LLC, Jessica Lamb, and Ginger Adams, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. § 1961.

(d) Defendants Pals Watering Hole LLC, Jessica Lamb, and Ginger Adams and their agents, servants, employees and all persons acting under their permission or authority are **PERMANENTLY ENJOINED AND RESTRAINED** from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

(e) This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

SO ORDERED, this _**23**_ day of _____*July*_____, 2026.

_____
TILMAN E. SELF, III
United States District Judge