IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC INC et al., | * | |
| Plaintiffs, | * | |
| v. | | Case No. 5:26-cv-00032-TES |
| | * | |
| PALS WATERING HOLE LLC et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated July 23, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiffs in the amount of $17,200. The amount shall accrue interest from the date of entry of judgment at the rate of 4.10% per annum until paid in full. Plaintiffs shall also recover costs of this action.

This 3rd day of August, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk