IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BROADCAST MUSIC INC et al., *

Plaintiffs, *

v. * Case No. 5:26-cv-00032-TES

PALS WATERING HOLE LLC et al., *

Defendants. *

## JUDGMENT

Pursuant to the Order of this Court filed August 19, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiffs attorneys' fees in the amount of $14,305.50 and $1,293.75 in costs. This amount shall accrue interest from the date of entry of judgment at the rate of 4.00 % per annum until paid in full.

This 19th day of August, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk